IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRUCE P. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:13-CV-00237-TWT-JCF |
| US BANK NATIONAL ASSOCIATION | : | |
| a/k/a US Bankcorp Portfolio Services, as | : | |
| Trustee for Credit Suisse First Boston, | : | |
| WELLS FARGO BANK, N.A., and | : | |
| MORTGAGE ELECTRONIC | : | |
| REGISTRATION SYSTEMS, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER and FINAL REPORT AND RECOMMENDATION

This case is before the Court on Plaintiff's application to proceed *in forma pauperis* (Doc. 2). After consideration of Plaintiff's affidavit in support of his request to proceed *in forma pauperis* (Doc. 1), the Court **GRANTS** Plaintiff's request pursuant to 28 U.S.C. § 1915(a), and Plaintiff shall be allowed to proceed with this action without prepayment of filing or United States Marshal Service fees. However, the undersigned notes that Plaintiff's Complaint (Doc. 1) is identical to his Complaint filed in *Bruce Williams v. U.S. Bank National Association, et al.*, Civil Action No. 1:12-CV-03943-TWT-JCF. Therefore, it is **RECOMMENDED** that this case be **CONSOLIDATED** with the previously filed

1

case, 1:12-CV-03943-TWT-JCF, pursuant to Federal Rule of Civil Procedure 42(a)[1], and that the Clerk **CLOSE** this case.

The Clerk is **DIRECTED** to terminate the reference of this case to the undersigned Magistrate Judge.

**IT IS SO ORDERED, REPORTED AND RECOMMENDED** this  12th day of April, 2013.

          /s/  *J. CLAY FULLER*
          J. CLAY FULLER
          United States Magistrate Judge

---

[1] FED. R. CIV. P. 42(a) provides: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."