IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRUCE P. WILLIAMS,

   Plaintiff,

    v.

US BANK NATIONAL
ASSOCIATION
as Trustee for CSFB
also known as
US Bancorp Portfolio Services, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-237-TWT

### ORDER

This is a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending consolidating this case with 1:12-cv-3943. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 10 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Williams\13cv237\r&r.wpd